IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO B. TURNER,

      Plaintiff,                    No. 2:11-cv-2343 AC P

   vs.

R. COLON, et al.,

      Defendants.          ORDER

_____/

      Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. The issues are relatively straightforward and do not require expert assistance. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (Doc. No. 52) is denied.

DATED: January 4, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/md
turn2343.31