IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO B. TURNER, JR.

        Plaintiff,                    No. 2:11-cv-2343 AC P

     vs.

R. COLON, et al.,

        Defendants.             ORDER

                               /

          Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On February 22, 2013, plaintiff filed a sixth request for the appointment of counsel.  Plaintiff's previous requests were filed on September 17, 2010, September 26, 2011, October 27, 2011, August 9, 2012 and December 17, 2012.  All requests were denied.

          Plaintiff has been repeatedly informed that the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  While in certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1) (Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990)), the court has not found

1

the required exceptional circumstances in this case. The issues, as previously noted, are relatively straightforward and do not require expert assistance.

Accordingly, IT IS HEREBY ORDERED that plaintiff's February 22, 2012 request (ECF No. 59) is denied.

DATED: March 1, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/md
turn2343.31.thr