IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LEO B. TURNER,** | 2:11-cv-2343 AC |
| Plaintiff, | |
| **v.** | **ORDER** |
| **R. COLON, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant is granted an additional sixty days, to and including December 6, 2013, within which to file an opposition to Plaintiff's motion for summary judgment in this action.

DATED: October 7, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2012306811
31800842.doc

1

[Proposed] Order  (2:11-cv-2343 AC)