UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO B. TURNER, Jr., | No. 2:11-cv-2343 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| R. COLON, et al., | |
| Defendants. | |

Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On September 9, 2013, plaintiff filed his seventh request for the appointment of counsel. Plaintiff's previous requests were filed on September 17, 2010, September 26, 2011, October 27, 2011, August 9, 2012, December 17, 2012 and February 22, 2013. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's September 9, 2013 request (ECF No. 79) is denied.

DATED: October 25, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/md
turn2343.31.thr