IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LEO B. TURNER,** | Case No. 2:11-cv-2343 KJM AC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. COLON, et al.,** | |
| Defendants. | |

Following adjudication of the defendants' pending motion to dismiss for failure to exhaust administrative remedies, defendants will have thirty days to file their opposition to plaintiff's motion for summary judgment, if appropriate.

DATED: November 25, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1