UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO B. TURNER, Jr., | No. 2:11-cv-2343 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| R. COLON, et al., | |
| Defendants. | |

In response to this court's order filed January 16, 2015, plaintiff has filed a notice of change of address, ECF No. 143, demonstrating his intent to proceed with this action. It appears that plaintiff is no longer incarcerated. The motion for summary judgment filed by defendants on September 2, 2014, ECF No. 123, is fully briefed and remains submitted for decision on the papers. Discovery shall remain stayed in this action, see ECF No. 141, until further notice of this court.

DATED: February 17, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1