UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO B. TURNER, JR.,<br><br>                   Plaintiff,<br><br>     v.<br><br>R. COLON, et al.,<br><br>                   Defendants. | No. 2:11-cv-2343 KJM AC P<br><br><br>FINDINGS & RECOMMENDATIONS |

     On July 13, 2015, plaintiff filed a notice of change of address. ECF No. 145. However, no new address was provided on the notice. Id. On July 21, 2015, plaintiff was ordered to file, within twenty-one days, either (1) a notice confirming his address was still 742 K Street, Merced, CA 95341, or (2) a notice of change of address that included his current address within the notice. ECF No. 148. Plaintiff was warned that failure to comply with the order would result in a recommendation that this action be dismissed without prejudice. Id. Twenty-one days have passed and plaintiff has not filed a notice confirming or updating his address or otherwise responded to the order.

     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to comply with a court order and failure to prosecute. See Local Rule 110; Local Rule 183(b).

     These findings and recommendations are submitted to the United States District Judge

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 24, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2